UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

**CHARLES JOHNSON,**                               **JUDGMENT IN A CIVIL CASE**

    Petitioner,

vs.

**TAMMY FORD,**                                    CASE NO: 17-1162-STA-egb

    Respondent.

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Dismissing Petition, Denying Certificate of Appealability, and Denying Leave To Appeal In Forma Pauperis entered on June 26, 2018, this cause is hereby DISMISSED for want of prosecution.

    APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 6/26/2018**                THOMAS M. GOULD
    **Clerk of Court**

    s/Maurice B. BRYSON

    (By) Deputy Clerk